|                                    | * | IN THE                  |
| ---------------------------------- | - | ----------------------- |
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT           |
|                                    | * | OF MARYLAND             |
| v.                                 | * | AG No. 61               |
| ROBERT EDWIN GLENN, IV             | * | September Term, 2023    |
|                                    | * |                         |

**O R D E R**

Upon consideration of the Joint Petition for Disbarment by Consent filed by Bar Counsel and Respondent, Robert Edwin Glenn, IV, on July 29, 2024, in the above-captioned case, in which the parties jointly petition this Court to disbar Respondent pursuant to Maryland Rules 19-736 and 19-737,

WHEREAS, in the joint petition, the parties advise of the following:

2. By Order filed May 12, 2023, in Docket No.: 23-218, the Supreme Court of Appeals for the State of West Virginia, upon consideration of the West Virginia Office Lawyer Disciplinary Counsel's *Petition to Accept the Respondent's Affidavit Consenting to Voluntary Disbarment*, annulled the Respondent's license to practice law in the State of West Virginia.

* * *

4. By Order filed May 31, 2023, in Docket No.: 23-070-127183, the Virginia State Bar Disciplinary Board, upon consideration [of] the Respondent's *Affidavit Declaring Consent to Revocation*, revoked the Respondent's license to practice law in the [Commonwealth] of Virginia.

* * *

6. By Order filed May 31, 2023, in Docket No.: 24-BG-0354, the District of Columbia Court of Appeals, upon consideration [of] the Commonwealth of Virginia's Order, disbarred the Respondent[] from the practice of law, with reinstatement conditioned upon his reinstatement in the Commonwealth of Virginia.

WHEREAS, in the joint petition, Respondent stipulated that the Virginia State Bar

Disciplinary Board concluded that, over the course of eight years, Respondent improperly received over $35,000 from his former law firm as reimbursement for expenses incurred while representing a client, that the Virginia State Bar Disciplinary Board also concluded that Respondent used the $35,000 for personal expenses unrelated to client maters, and that the Supreme Court of Appeals for the State of West Virginia concluded that Respondent sought and received improper reimbursement expenses from his employer,

WHEREAS, Respondent agrees that his conduct as described in the joint petition would violate Maryland Attorneys' Rule of Professional Conduct 8.4(c) and consents to disbarment, it is this 29th day of July 2024,

ORDERED, by the Supreme Court of Maryland, that, the Joint Petition for Disbarment by Consent is GRANTED, and Respondent, Robert Edwin Glenn, IV, is hereby DISBARRED, effective immediately; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Robert Edwin Glenn, IV from the register of attorneys maintained by the Clerk and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.



/s/ Shirley M. Watts
Senior Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

2